Certificate Number: 15317-PAM-DE-035690456

Bankruptcy Case Number: 21-00607



15317-PAM-DE-035690456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2021, at 11:31 o'clock AM PDT, Heather Jones completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 20, 2021   By: /s/Connie Jawang

                     Name: Connie Jawang

                     Title: Credit Counselor