UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
************************************************************************
IN RE:                             :    CASE NO. 5-21-00607
HEATHER A. JONES                   :
                                   :
        Debtor(s)                  :    CHAPTER 7
************************************************************************
```

## PRAECIPE TO WITHDRAW DEBTOR'S MOTION TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT

```
************************************************************************
```

AND NOW COMES, the Debtor, Heather A. Jones, by and through her attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Motion to Extend Time to File Reaffirmation Agreement. Clerk should proceed to issue Discharge and Final Decree.

                                        Respectfully submitted,

Date: July 20, 2021                /s/Tullio DeLuca
                                        Tullio DeLuca, Esq.,
                                        PA ID# 59887
                                        Attorney for Debtor
                                        381 N. 9th Avenue
                                        Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
**********************************************************************
IN RE:                          :    CASE NO. 5-21-00607
HEATHER A. JONES                :
                                :
      Debtor(s)                 :    CHAPTER 7
**********************************************************************
```

## CERTIFICATE OF SERVICE

```
**********************************************************************
```

The undersigned hereby certifies that on July 20, 2021, he caused a true and correct copy of Debtor's Praecipe to Withdraw Motion to Extend Time to File Reaffirmation Agreement, to be served via electronic filing on the following CM/ECF users:

    United States Trustee at ustpregion03.ha.ecf@usdoj.gov

    Mark Conway, Esq. at PA40@ecfcbis.com

Date:   July 20, 2021            /s/Tullio DeLuca
                                          Tullio DeLuca, Esq.